AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Wells Fargo Bank, N.A.

            Plaintiff,

v.

Apollo Developments, LLC, et al.,

            Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-01470-APG-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Wells Fargo Bank, N.A. as follows: It is hereby declared that Defendants, Apollo Developments, LLC and Richard Bianco, trustee of the Richard Bianco Living Trust, have no right, title, or interest in the Property located at 6518 Holly Bluff Ct., Las Vegas, Nevada 89122, APN 161-15-613-078, and that Wells Fargo Bank, N.A.'s deed of trust survived the HOA foreclosure sale on the Property held on 6/12/2012.

9/3/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Reyes  
Deputy Clerk