# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:17-cv-01470-APG-DJA |
| Plaintiff | **Order for Dismissal or Status Report** |
| v. | |
| APOLLO DEVELOPMENTS, LLC, et al., | |
| Defendants | |

In plaintiff's last status report, it indicated that upon entry of default judgment against those defendants with an interest in the property, it "anticipate[d] closing this litigation entirely." ECF No. 42.  Default judgment was entered against defendants Apollo Developments, LLC and Richard Bianco, trustee of the Richard Bianco Living Trust on September 3, 2020. ECF No. 45.

I THEREFORE ORDER that by September 23, 2020, plaintiff Wells Fargo Bank, N.A. shall either voluntarily dismiss its claims against the remaining defendants or file a status report regarding whether and how it intends to proceed against the remaining defendants.  Failure to respond by that date will result in dismissal of all remaining claims without prejudice.

DATED this 9th day of September, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE